UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

AACHWEN ENVIRONMENTAL, INC.,                                      No. 05-35186

                    Debtor(s).
_____/

Memorandum on Sua Sponte Reconsideration
_____

        In this matter, the United States Trustee had prayed for two items of relief in her motion to recover the retainer paid to attorney Nathan Paco so that the debtor can retain new counsel. First, the UST prayed for an order that Paco disgorge the retainer; second, she prayed for an order suspending Paco from practice until the retainer is disgorged.

        At the hearing, the court indicated that only a disgorgement order was necessary at this time, with contempt proceedings to follow if Paco failed to disgorge. However, the court now recalls that Paco has in the past resorted to filing his own bankruptcy proceedings in order to thwart enforcement of the court's orders. While contempt proceedings are not stayed by a bankruptcy (*In re Berg*, 230 F.3d 1165, 1167 (9th Cir.2000)), the court upon reconsideration thinks it prudent to fully grant the UST's motion at this time.

Dated: April 14, 2006

                                                    Alan Jaroslovsky
                                                    U.S. Bankruptcy Judge